# GORLICK, KRAVITZ & LISTHAUS, P.C.

ATTORNEYS AT LAW

17 STATE STREET, 4TH FLOOR

NEW YORK, NEW YORK 10004-1501

BUFFALO OFFICE:
442 POTOMAC AVENUE
BUFFALO, NY 14213
(716) 881-0800
FAX (716) 881-0810

LAWRENCE A. KRAVITZ (1972-2002)
BRUCE L. LISTHAUS
BARBARA S. MEHLSACK*

*NY BAR ONLY

(212) 269-2500
FAX (212) 269-2540
WWW.GKLLAW.COM

NEW JERSEY OFFICE:
60 PARK PLACE, 6TH FLOOR
NEWARK, NJ 07102
(973) 824-5811

OF COUNSEL
ANDREW A. GORLICK*

August 15, 2013

**<u>Via ECF and Facsimile (718) 613-2365</u>**

Honorable Cheryl L. Pollak, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 10022

Re:     *Hoeffner, et al. v. D'Amato, et al.*
09 Civ 3160 (PKC) (CLP)

Dear Magistrate Pollak:

With the consent of Plaintiffs and non-party movant Local 175 Funds, we respectfully request an extension of time of two days to respond to Plaintiffs' and Local 175 Funds' Motions for a Protective Order, from Monday, August 19, 2013 to Wednesday, August 21, 2013.

The reason for the request is that I unexpectedly am required to travel to Boston to assist my daughter with a personal matter.

Thank you in advance for your courtesy.

Very truly yours,

GORLICK, KRAVITZ
& LISTHAUS, P.C.

Barbara S. Mehlsack

cc:     Jennifer Smith, Esq.
Eric Chaikin, Esq.