US MAGISTRATE JUDGE CHERYL L. POLLAK           DATE: 9/11/13

TIME SPENT: _____

DOCKET NO. 09 - 3160

CASE: Hoeffner v D'Amato

___ INITIAL CONFERENCE                 ✓ OTHER/STATUS CONFERENCE
✓ DISCOVERY CONFERENCE              ___ FINAL/PRETRIAL CONFERENCE
___ SETTLEMENT CONFERENCE           ___ TELEPHONE CONFERENCE
___ MOTION HEARING                  ___ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

___ COMPLETED                       ___ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

___ DISCOVERY TO BE COMPLETED BY _____

___ NEXT CONFERENCE SCHEDULED FOR _____

___ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____          DEF. TO SERVE PL. BY: _____

**RULINGS:**

Parties are directed to arrange for their experts to confer on the database and submit a status letter on or before 9/27