US MAGISTRATE JUDGE CHERYL L. POLLAK          DATE: 11/13/13

TIME SPENT: _____

DOCKET NO. __09 CV 3160_____

CASE: __Haefner v. D'Amato_____

\_\_\_\_\_ INITIAL CONFERENCE       \_\_\_\_\_ OTHER/STATUS CONFERENCE
\_\_\_\_\_ DISCOVERY CONFERENCE     \_\_\_\_\_ FINAL/PRETRIAL CONFERENCE
\_\_\_\_\_ SETTLEMENT CONFERENCE    \_\_\_\_\_ TELEPHONE CONFERENCE
\_\_\_\_\_ MOTION HEARING           \_\_\_\_\_ ORAL ARGUMENT

**MANDATORY DISCLOSURE :**

\_\_\_\_\_ COMPLETED       _____ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

\_\_\_\_\_ DISCOVERY TO BE COMPLETED BY_____

\_\_\_\_\_ NEXT CONFERENCE SCHEDULED FOR_____

\_\_\_\_\_ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY:_____     DEF. TO SERVE PL. BY:_____

RULINGS: Parties to proceed to gather documents from electronic database and basement Pl. to provide responses to interrogs. as to the interest rates earned by Pl's

Conference 1/8 at 1030